MN, ND - 305
(10/00)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

**<u>Unclaimed Dividends/Distribution Less Than $5</u>**
**<u>For Deposit to Registry Fund</u>**

Debtor: Christine M. Oster-Fiecke

Chapter 7 Case No. 10-40880-NCD

Please Check One:

xxx   Unclaimed Dividends

\_\_\_\_  Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| See attached Stale Check Report | | | 1,878.05 |

Please be advised that the original check was mailed to the claimant on or about October 25, 2010. The claimant was unable to determine where the funds should be applied. Pursuant to Local Rule 3011-1(b), the Trustee submits this report and states that she has been unable to locate sufficient information to enable the claimant to apply the payment despite having made reasonable efforts to do so.

DATED: February 18, 2011

Julia A. Christians, Trustee
One Financial Plaza, Suite 2500
120 South Sixth Street
Minneapolis, MN 55402
(612) 338-5815

Distribution:
One original and one copy to U.S. Bankruptcy Court, with check
Two copies to file (one for file and one for U.S. Trustee with TDR)

10-136

Printed: 02/18/11 10:04 AM

# Stale Check Report

Page: 1

**Trustee:** Julia A. Christians (430040)
**Case:** 10-40880 - OSTER-FIECKE, CHRISTINE M

| Account No. | Check No. | Issued | Payee | Amount Filed | Amount Allowed | Paid to Date | Check Amount |
|---|---|---|---|---|---|---|---|
| 9200-46876010-66 | 106 | 02/18/11 | US BANKRUPTCY COURT REGISTRY FUNDS | | | | $1,878.05 |

| Account No. | Claim No. | Cancelled Check No. | Filed | Priority | Claimant | | | Cancelled Payment |
|---|---|---|---|---|---|---|---|---|
| 9200-46876010-66 | 1 | 103 | 08/27/10 | 620 | WELLS FARGO BANK HOME MORTGAGE<br>2701 WELLS FARGO WAY<br>MINNEAPOLIS, MN 55467 | 9,900.00 | 9,900.00 | 1,878.05 | 1,878.05 |

(*) Denotes objection to Amount Filed   (!) Funds will be transferred from your JPMorgan Chase account to your BNY Mellon account within the next 3 business days.